Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT

U.S. COURTS

for the

District of **Idaho**

_____ Division

FEB 2 2 2024

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**davan m oliver**
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**CEO Jim Rowley, Heather (Manager) of CRUNCH CORPRATION**
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **1:24-CV-00102-BLW**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

   **A. The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: davan m oliver
   Street Address: 353 old emmett rd
   City and County: horseshoe bend
   State and Zip Code: idaho 83629
   Telephone Number: 208 648 8276
   E-mail Address: aceforever79@gmail.com

   **B. The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jim Rowley
- Job or Title (if known): CEO of CRUNCH CORP.
- Street Address: P.O. Box 1918
- City and County: Old Chelsea Station
- State and Zip Code: New York 10011
- Telephone Number: 844-927-8624
- E-mail Address (if known):

Defendant No. 2
- Name: Heather (Manager)
- Job or Title (if known):
- Street Address: 2999 N Lakeharbor lane
- City and County: boise and ADA
- State and Zip Code: Idaho 83703
- Telephone Number: 208 297 3073
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*see attachments -*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *daren nolwn* February 22 2024

Signature of Plaintiff: *daren nolan*

Printed Name of Plaintiff: daron m oliver

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

daron moliver
355 old emmett rd
harseshoe bend
Idaho 83629

**COMPLAINT** Plaintiff alleges as follows:

PARTIES

1. Plaintiff was, at all material times, employed by John doe manager March 23 2020 at black eagle crunch fitness at Idaho fitness at this location 1435 S Maple Grove Rd, Boise, ID 83709 and plaintiff was at all customer by John Doe assist manager Summer 2023 lake harbor lane crunch fitness at Idaho fitness at this location 2999 N Lakeharbor Ln, Boise, ID 83703 .

2. Defendant Jim Rowley is, and at all material times CEO of the Crunch corporation , and authorized and responsible for the direction, administration, management, and operation of the Crunch Corpration, including personnel policies and procedures.

3. Defendant Heather is, and at all material times was the manager of customer Relations of the Crunch Corpration, and authorized and responsible for the direction, management, and administration of Crunch Corpration personnel and customer relations policies and procedures, including the discharge and discipline of Crunch Corpration personnel.

4. Crunch Corpration is, and at all material times was a public benefit corporation organized pursuant to the laws of the State of Idaho for the purpose of operating Idaho fitness facilities in the [City of Boise, Idaho) Municipal

5. In providing fitness services, defendants Crunch Corpration is, and at all material times was responsible for the direction and management of the CRUNCH CORPRATION workforce and public property, including the appointment, promotion, discipline, and discharge of its employees AND customers in conformity with the require of laws of the State of and the rules and regulations of the Civil Service Commission.

JURISDICTION

6. Plaintiff maintains this action for violations of the Equal Protection and Due Process Clauses of the Fifth and Fourteenth Amendment to the United States Constitution; 42 U.S.C. § 1983; Article of I Section 13 Constitution of the State of Idaho.

7. This Court has jurisdiction of the plaintiffs claims pursuant to 42 USC. §§ 1331, 1343(3), and supplemental jurisdiction of the state law claims.

BACKGROUND

8. Plaintiff was hired by defendant CRUNCH CORP. on     MARCH 23 2020 classified as a Cleaner AND accepted as customer was admitted by defendant CRUNCH CORP at 2999 N Lakeharbor Ln, Boise, ID 83703 CRUNCH CORP on July 2023.

9. The position of Cleaner AND Customer is a classified civil service position in the competitive civil services class pursuant to law and the rules and regulations of City Civil Service Commission.

10. On FEB 1 2024, plaintiff took and successfully informed from the written Cell text numbers CRUNCH CORPRATION WHO manager at 2999 N Lakeharbor Ln, Boise, ID 83703 defendant HEATHER and all other related incident on the competitive civil service to the position of CRUNCH CORPRATION

Conductor. The position of Conductor is in the competitive class of the civil service, pursuant to law and the rules and regulations of the City Civil Service Commission.

11. As part of the promotion process for the Conductor position HEATER THE MANAGER, plaintiff was discharged and threaten call police IF plaintiff return to location Idaho fitness under CRUNCH CORPRATION and all other locations under CRUNCH CORPRATION throughout international countries.

12. On Jan 30 2024 a estrange person appeared to plaintiff in the Idaho fitness Department at CRUNCH CORPRATION.

13. As part of the estrange person confronted , plaintiff as required to, and did leave the premise of 2999 N Lakeharbor Ln, Boise, ID 83703 Idaho fitness under CRUNCH CORPRATION .

14. On FEB 1 2024 plaintiff received a TEXT MESSAGE from a woman HEATHER THE MANAGER ,associated with the CRUNCH CORPRATION who ordered DISCHARGED AND informed plaintiff that CRUNCH CORPRATION AND WOULD call police as to report to the BOISE POLICE DEPT on FEB 1 2024 Plaintiff inquired into, but was told the reasons why plaintiff was being ordered to not to return Idaho fitness under CRUNCH CORPRATION.

15. Plaintiff does not return to any CRUNCH CORPRATION DUE to insecurities violation civil matters discrimation retailtion, due to race, sex OREITATION and gender.

16. At that time and place the plaintiff was told by a CRUNCH CORPRATION had recommended that plaintiff not be allowed to RETURN.

17. The report was false in that the plaintiff sexual predatory .

18. estranged person confronted with the alleged results of the estranged light skin baby girl, plaintiff ever having baby girl unconformable .

19. CRUNCH CORPRATION representative never present asked plaintiff to Wrongful Discharge of Civil Servant discharged. Plaintiff requested time to review the si his family, friends, and an attorney. The CRUNCH CORPRATION to allow plaintiff any time, and demand to whether plaintiff would resign or be discharged.

the CRUNCH CORPRATION representatives from the CRUNCH CORPATION to the 2999 N Lakeharbor Ln, Boise, ID 83703CRUNCH CORP Relations

20. In the CRUNCH CORPRATION Relations representatives repeatedly advised retaliation and sexual harassments and allegations    2999 N Lakeharbor Ln, Boise, ID 83703 CRUNCH CORPRATION staffs and customer to resign, to a discharge would ruin the plaintiffs employment and applicantment impossible for the plaintiff to support (his

21. Plaintiff again denied ever sexual relationship with anyone, time to make the decision. The CRUNCH CORPRATION plaintiff that under no circumstances would additional time to make a decision.

22. Due to the coercion, duress, and undue influence of defendants being denied to appeal CRUNCH CORPRATION decisions.

23. On March 2022 plaintiff emailed with human resource or whoever may concerns at the CRUNCH CORPRATION and demanded reinstatement or a disciplinary representative NOT return plaintiff that .

24. Plaintiff has not worked for 2999 N Lakeharbor Ln, Boise, ID 83703 CRUNCH FITNESS since Feb 2021 and customer since Feb 1 2024.

25. Under the circumstances set forth in this conactually or constructively discharged the plaintiff CRUNCH CORPRATION.

26. No grounds or reasons were ever set forth by complained of other than the alleged sexual predatory or reasons exist.

27. The plaintiff at all material times performed assigned and unassigneds in a competent and satisfactory fashion.

28. The plaintiff is, and at all material was full: and fit and competent to perform all the duties of Conductor and customer that usage the factitlies .

FIRST CLAIM

29. The Civil Service Law of the State of Idaho, particularly requires section(s) that the CRUNCH CORPRATION must and a fair and impartial hearing prior to the discharge class civil service position.

30. By actually or constructively discharging plaintiff without affording the plaintiff the mandated procedural requirements, defendants have deprived plaintiff of a property interest in a tenured civil service position without due process of law guaranteed under the Fifth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

SECOND CLAIM

31. By actually or constructively discharging plaintiff from a career and public civil service position without providing the plaintiff with a notice of charges and a fair and impartial hearing, defendants have deprived plaintiff of a property interest in a tenured civil service position without due process of law guaranteed under Article I of the Idaho State Constitution and guarantee under the

Civil Service laws of the State of Idaho.

THIRD CLAIM

32. By actually or constructively discharging plaintiff from a tenured public civil service position without providing the plaintiff with notice of charges and a fair and impartial hearing required by the Civil Service laws, defendants acted in an unreasonable, arbitrary, and capricious manner and have deprived plaintiff of equal protection of the laws guaranteed under the Fifth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

FOURTH CLAIM

33. By actually or constructively discharging plaintiff from a tenured public civil service position without providing the plaintiff with notice of charges and a fair and impartial hearing required by the Civil Service laws, defendants acted in an unreasonable, arbitrary, and capricious manner, and have deprived plaintiff of equal protection of the laws guaranteed under the Idaho State Constitution, Article I.

FIFTH CLAIM

34. By actually or constructively discharging plaintiff from a tenured civil service position without just cause or reason, and solely and exclusively for false, arbitrary, and unreasonable grounds, defendants have deprived plaintiff of property rights without due process of law and in violation of the equal protection of the laws, contrary to the United States and Idaho State Constitutions, and the State Civil Service laws.

PRAYER

Plaintiff requests this Court to issue a judgment:

Wrongful Discharge of Civil

1. Declaring that the acts of defendants complained of and Equal Protection Clauses of the Fifth and Fourteenth amendments to the United States Constitution; 42 U.S.C. § 1983, Idaho state constitution Article I and section 13 of the civil code of the state of Idaho

2. Directing defendants to reinstate plaintiff to customer and conductor to Idaho fitness, the position the promoted to but for the unlawful acts of defendants.

3. Directing defendants to make plaintiff whole property which leased or owned Idaho fitness in the state of idaho for all rightful owner only in the Idaho state under fiction company CRUNCH CORPRATION, and all other terms and conditions of customer Febubary 1 2024 to the date on which plaintiff would owner of the Idaho fitness and would be sold to bidders throughout the state of idaho but for defendants' unlawful acts.

4. Directing and ordering defendants to make plaintiff wages, benefits, seniority, and all other terms and a Conductor from the day the plaintiff would have been but for defendants' unlawful acts, and up to the date

5. Directing and ordering defendants to pay for all damages plaintiff has suffered from the unlawful, unreasonable acts coercive acts of defendants.

6. Granting to plaintiff all other relief that is just not limited to awarding the plaintiff costs together with reasonable fees.

Dated: February 22 2024

Sign: *[signature]*

DOB: June 28, 1980