Case no#1:24-cv-00102

Daron M Oliver

2709 W Rose Hill St #6

Boise Idaho 83705

**U.S. COURTS**

JUL 15 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Plaintiff

Daron M Oliver

   V.

Defendents

  Rowely et al

Notice of change address

I daron oliver residing at the new address 2709 W rose hill Street #6 boise Idaho 83705 from 353 old Emmett road horseshoe bend Idaho 83629.

Sign _daronoliver_    date July 12 2024    dob June 28 1980    name daron m oliver